Dismissed and Memorandum Opinion filed June 16, 2005









Dismissed and Memorandum Opinion filed June 16, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00987-CV

____________

 

NOBLE C. GINTHER, AMBER GINTHER,
EDMOND LEE "PAT" GINTHER, ET. AL, Appellants

 

V.

 

NATIONS BANK
OF TEXAS, N.A. IN ITS CAPACITY OF EXECUTOR AND PREDECESSOR TRUSTEE, Appellee

 



 

On Appeal from Probate Court No. 3

Harris County,
Texas

Trial Court Cause No.
231,749‑406

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed July 12, 2004.  The clerk=s record was filed on November 12,
2004.  The reporter=s record was not filed because
appellants failed to make arrangements with the court reporter.  No brief was filed.

On April 21, 2005, this Court issued an order stating that
unless appellants filed their brief on or before May 23, 2005, the Court would
dismiss the appeal for want of prosecution. 
See Tex. R. App. P.
42.3.








Appellants filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 16, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.